1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  James R Gaudiosi,

No. CV-15-02266-PHX-ROS

10            Plaintiff,

**ORDER**

11  v.

12  United States of America, et al.,

13            Defendants.

14

15       The Court has considered the parties' stipulated motion to dismiss (Doc. 53), and

16  good cause appearing therefore,

17       **IT IS ORDERED** that this matter is dismissed with prejudice, each party to bear

18  its own costs and fees.

19       **IT IS FURTHER ORDERED** denying Defendant's Motion for Summary

20  Judgment (Doc. 51) as moot.

21       Dated this 13th day of March, 2017.

22
23
24                                          Honorable Roslyn O. Silver
                                            Senior United States District Judge
25
26
27
28